AO 451 (Rev. 01/09, MD 6/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

5:10mc2
RS-EMT

| | |
|---|---|
| World Fuel Services Europe, LTD et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-cv-629-JFM |
| The Republic of Iraq et al. | ) |
| *Defendant* | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   12/18/2009

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   January 20, 2010

CLERK OF COURT

*Kay Owens*
Signature of Clerk or Deputy Clerk

Filed 0125'10 USDcFln 5PM 1209

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WORLD FUEL SERVICES EUROPE, LTD *
As successor in interest to
TRAMP OIL and MARINE LTD., *

and
 *
BROMLEY PARTNERSHIP, LLP

    Plaintiffs, *   Case No. 1:09-cv-00629-JFM

v. *

THE REPUBLIC OF IRAQ,

And *

THE STATE ENTERPRISE FOR WATER
TRANSPORT OF THE REPUBLIC *
OF IRAQ,
 *
    Defendants. *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFAULT JUDGMENT

**JUDGMENT BY DEFAULT** is hereby entered against Defendant the Republic of Iraq and the State Enterprise for Water Transport of the Republic of Iraq, both jointly and severally, for damages in the amount of $4,305,805.62 plus interest accruing as of December 1, 2009 at a daily rate of $712.33 until paid. Judgment is also entered against Defendant for costs of the filing of this action in the amount of $350.00

ENTERED this 18th day of Dec, 2009

Felicia C. Cannon, Clerk
United States District Court for the District of Maryland

By: _____
Deputy Clerk

J. FREDERICK MOTZ

I hereby attest and certify on 1/20/2010 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

# SIMMS SHOWERS LLP

MARIOS J. MONOPOLIS
ASSOCIATE
MJMONOPOLIS@SIMMSSHOWERS.COM

January 21, 2010

William M. McCool, Clerk
United States District Court
  for the Northern District of Florida
30 West Government Street
Panama City, Florida 32401

Re:   *World Fuel Services Europe, Ltd and Bromley Partnership, LLP v. The Republic of Iraq and The State Enterprise for Water Transport*
      **1:09-cv-00629-JFM, United States District Court for the District of Maryland**

Dear Mr. McCool:

Enclosed, please find a certified copy of a judgment in the above-referenced matter, as well as the requisite filing fee of $39.00, in order to register this judgment in the Northern District of Florida.

Your prompt attention to this matter is appreciated; if you have any questions, please do not hesitate to contact me at (410) 783-5795 or by email at mjmonopolis@simmsshowers.com.

Thank you for your assistance.

Sincerely,

Marios J. Monopolis

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
410.783.5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA